# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

130615

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JACKSON COUNTY DRAIN COMMISSIONER,
HENRIETTA TOWNSHIP, TOMPKINS
TOWNSHIP, LEONI TOWNSHIP, RIVES
TOWNSHIP, WATERLOO TOWNSHIP, JERRY
RUNCIMAN, GLENNA RUNCIMAN, GARY
BALDWIN, LINDA BALDWIN, JUDY FAYE,
THOMAS BACK, ELMA BACK, SHAWN
FITZPATRICK, TERRY FITZPATRICK,
ROBERT HANNEWALD, LEWIS WILD,
MARGARET WILD, MARVIN EVERLY,
NORMA EVERLY, RICHARDS EADEN,
LEEAN BURMINGHAM, DEAN KATZ,
MARILYN KATZ, JAMIE BATDORFF,
CHERYL BATDORFF, and GERALD KOT,
        Plaintiffs-Appellants,

v

VILLAGE OF STOCKBRIDGE, GRAND
RIVER INTER-COUNTY DRAINAGE BOARD,
INGHAM COUNTY DRAIN COMMISSION,
and JACOBS LAKE DRAIN DISTRICT,
        Defendants-Appellees.

SC: 130615
COA: 258008
Jackson CC: 03-006165-AS

_____/

On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

t0920